## PRINCIPAL AND AGENT.

[Hamilton (1st) Circuit Court, July 9, 1910.]

Giffen, Smith and Swing, JJ.

### LEWIS R. SMITH v. JACOB J. GEIS.

PAROL EVIDENCE OF CONTEMPORANEOUS AGREEMENT INADMISSIBLE TO VARY THE TERMS OF A WRITTEN AGREEMENT.

In an action to recover commission under a written contract for sale of real estate, giving the agent commission by whomsoever sold during the term thereof, parol evidence is inadmissible to show a contemporaneous agreement excepting a certain prospective purchaser from operation of the contract.

ERROR to common pleas court.

*Joseph A. Keadin* and *Gilbert Bettman,* for plaintiff in error.

*Fred E. Niederhelman,* for defendant in error.

## GIFFEN, P. J.

In an action to recover commission under a written contract with a real estate agent whereby he is allowed a commission in the event the property is sold through the efforts of the agent, owner, or any other person during the existence of the contract at any price acceptable to the owner, parol testimony is inadmissible to show a contemporaneous agreement to except a sale made to a certain prospective purchaser from the operation of the contract.

Judgment reversed and judgment for plaintiff in error.

**Smith** and **Swing, JJ.,** concur.